# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

General Conference of Seventh-day Adventists, et al.

**Plaintiff,**

                                         *

v.                                          Case No. _____

                                         *

Cleveland L. Horton, II, et al.

**Defendant.**                             *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for the   Plaintiffs

    I certify that I am admitted to practice in this Court.

10/2/2024                                                /s/ Eric S. Baxter

Date                                                          Signature

                                                            Eric S. Baxter, Bar No. 1102070001

                                                            Printed name and bar number

                                                            The Becket Fund for Religious Liberty
                                                            1919 Pennsylvania Ave NW, Suite 400
                                                            Washington, DC 20006
                                                           Address

                                                           ebaxter@becketlaw.org
                                                           Email address

                                                           202-955-0095
                                                           Telephone number

                                                           202-955-0090
                                                           Fax number