# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

General Conference of Seventh-day Adventists, et al.
   **Plaintiff,**
                                            *
   v.                                             Case No. 24-cv-2866
                                            *
Cleveland L. Horton, II, et al.
   **Defendant.**                           *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  Plaintiffs

I certify that I am admitted to practice in this Court.

10/2/2024                                           /s/ Nicholas R. Reaves
Date                                                Signature

                                                    Nicholas R. Reaves, Bar No. 1601080004
                                                    Printed name and bar number
                                                    The Becket Fund for Religious Liberty
                                                    1919 Pennsylvania Ave NW, Suite 400
                                                    Washington, DC 20006
                                                    Address

                                                    nreaves@becketlaw.org
                                                    Email address

                                                    202-955-0095
                                                    Telephone number

                                                    202-955-0090
                                                    Fax number