# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS, *an unincorporated association, et al.*,<br><br>    *Plaintiffs*,<br><br>       v.<br><br>CLEVELAND L. HORTON, II, *in his official capacity as Acting Executive Director of the Maryland Commission on Civil Rights, et al.*,<br><br>    *Defendants*. | Case No.  24-cv-2866<br><br><br>**DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTERESTS** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3, Plaintiffs General Conference of Seventh-day Adventists and Adventist Risk Management, Inc., state as follows:

Plaintiff General Conference Corporation of Seventh-day Adventists, an unincorporated association, has no parent corporation, nor is there any publicly held corporation that owns 10% or more of its stock. Plaintiff Adventist Risk Management, a Maryland corporation, has no parent corporation, nor is there any publicly held corporation that owns 10% or more of its stock.

Plaintiffs are not aware of any other corporation, unincorporated association, partnership, or other business entity, not a party to the case, that may have any financial interest in the outcome of this litigation.

DATED this 2nd day of October, 2024.

                                                                   Respectfully submitted,

                                                                   <u>/s/ Eric S. Baxter</u>
                                                                   Eric S. Baxter

D. Md. Bar No. 15640
Nicholas R. Reaves
D. Md. Bar No. 31293
Andrea Butler (admission pro hac vice pending)
THE BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave, N.W.
  Suite 400
Washington, DC 20006
(202) 955-0095
ebaxter@becketlaw.org

Todd R. McFarland
D. Md. Bar No. 28777
GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS
12501 Old Columbia Pike
Silver Spring, MD 20904
mcfarlandt@gc.adventist.org

*Attorneys for Plaintiffs*