IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GENERAL CONFERENCE OF<br>SEVENTH-DAY ADVENTISTS, et al., <br><br>*Plaintiffs,*<br><br>v.<br><br>CLEVELAND L. HORTON, II, et al.<br><br>*Defendants.* | *<br>*<br>*<br>*<br>*<br>*<br>*   Case No. 8:24-cv-02866-TDC<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**APPEARANCE OF COUNSEL**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendants Cleveland L. Horton, II, Glendora C. Hughes, Stephanie Suerth, Janssen E. Evelyn, Eileen M. Levitt, Angela Scott, Magdelena S. Navarro, Jeff Rosen, Gina McKnight-Smith, Noah Thomas Metheny, and Anthony G. Brown.

I certify that I am admitted to practice in this court.

**ANTHONY G. BROWN**
Attorney General of Maryland

/s/ Jeffrey Luoma
**JEFFREY S. LUOMA** (Federal Bar No. 30791)
Assistant Attorney General
Office of the Attorney General
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
jluoma@oag.state.md.us
(410) 576-6441
(410) 576-6955 (facsimile)

Date:  October 9, 2024            *Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

      I certify that on October 9, 2024, I filed the foregoing document with the Clerk of Court and served the foregoing document on all counsel of record and any other registered users through the Court's CM/ECF system.

                                                /s/ Jeffrey S. Luoma
                                                Jeffrey S. Luoma