UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

GENERAL CONFERENCE OF SEVENTH-
DAY ADVENTISTS and
ADVENTIST RISK MANAGEMENT, INC.,

    Plaintiffs,

v.

CLEVELAND L. HORTON, II,
*In his official capacity as Acting Executive
Director of the Maryland Commission on
Civil Rights, et al.*,

    Defendants.

Civil Action No. TDC-24-2866

## ORDER

For the reasons stated during the October 31, 2024 Case Management Conference, it is hereby ORDERED that:

1. Defendants are granted leave to file the Consolidated Motion to Dismiss and Opposition to the Motion for Preliminary Injunction proposed in ECF No. 23. The Motion will be deemed timely if filed by **Monday, November 11, 2024** and shall not exceed 35 pages.

2. Plaintiffs' Consolidated Opposition to the Motion to Dismiss and Reply in Support of the Motion for Preliminary Injunction is due by **Monday, December 9, 2024** and shall not exceed 20 pages.

3. Defendants' Reply in Support of the Motion to Dismiss is due by **Tuesday, December 24, 2024** and shall not exceed 10 pages.

Date: October 31, 2024

_____
THEODORE D. CHUANG
United States District Judge