IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS, ET AL., | * * * * * | |
| *Plaintiffs,* | * | |
| v. | * * | Case No. 8:24-cv-02866-TDC |
| CLEVELAND L. HORTON, II, ET AL. | * * * | |
| *Defendants.* | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS' MOTION TO DISMISS AND
OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

For the reasons described in the accompanying Memorandum, Defendants Cleveland L. Horton, II, Glendora C. Hughes, Stephanie Suerth, Janssen E. Evelyn, Eileen M. Levitt, Angela Scott, Magdelena S. Navarro, Jeff Rosen, Gina McKnight-Smith, Noah Thomas Metheny, and Anthony G. Brown, by undersigned counsel, (1) move to dismiss Plaintiffs' complaint (ECF 1) for failure to state a claim, and (2) oppose Plaintiffs' Motion for Preliminary Injunction (ECF 15). Defendants request a hearing on their motion.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/ Jeffrey Luoma
JEFFREY S. LUOMA (Federal Bar No. 30791)
Assistant Attorney General
Office of the Attorney General
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
jluoma@oag.state.md.us
(410) 576-6441
(410) 576-6955 (facsimile)

Date:  November 11, 2024          *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on November 11, 2024, I filed the foregoing document with the Clerk of Court and served the foregoing document on all counsel of record and any other registered users through the Court's CM/ECF system.

/s/ Jeffrey S. Luoma
Jeffrey S. Luoma
