IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

General Conference of Seventh-day Adventists, et al.

**Plaintiff,**

v.

Cleveland L. Horton, III, et al.

**Defendant.**

\* \* \* \*

Case No. 8:24-cv-02866-TDC

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  Defendants

I certify that I am admitted to practice in this Court.

February 18, 2025
Date

/s/ Joshua M. Segal
Signature

Joshua M. Segal (31383)
Printed name and bar number

Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 20012
Address

jsegal@oag.state.md.us
Email address

(410) 576-6446
Telephone number

(410) 576-6404
Fax number