UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

GENERAL CONFERENCE OF
SEVENTH-DAY ADVENTISTS and
ADVENTIST RISK MANAGEMENT, INC.,

    Plaintiffs,

    v.

CLEVELAND L. HORTON, II,
*in his official capacity as*
*Acting Executive Director of the*
*Maryland Commission on Civil Rights, et al.*,

    Defendants.

Civil Action No. 24-2866-TDC

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Plaintiffs' Motion for Preliminary Injunction, ECF No. 15, is DENIED.

2. Defendants' Motion to Dismiss, ECF No. 27, is GRANTED IN PART and DENIED IN PART. The Motion is granted as to Counts 2, 4, 6, and 7, which will be dismissed, and is denied as to Counts 1, 3, and 5, which shall proceed.

3. Defendants are directed to file an Answer to Counts 1, 3, and 5 of the Complaint within **14 days** of the date of this Order.

Date: June 18, 2025

THEODORE D. CHUANG
United States District Judge