# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS, *an unincorporated association, et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CLEVELAND L. HORTON, II, *in his official capacity as Acting Executive Director of the Maryland Commission on Civil Rights, et al.*,<br><br>*Defendants*. | Case No. 8:24-cv-02866-TDC<br><br>**NOTICE OF APPEAL TO THE FOURTH CIRCUIT** |

Plaintiffs General Conference of Seventh-day Adventists and Adventist Risk Management, Inc. appeal to the United States Court of Appeals for the Fourth Circuit from the District Court's Memorandum Opinion (Dkt. 40) and Order (Dkt. 41) entered on June 18, 2025.

Dated: June 25, 2025

Todd R. McFarland
D. Md. Bar No. 28777
GENERAL CONFERENCE OF SEVENTH-
  DAY ADVENTISTS
12501 Old Columbia Pike
Silver Spring, MD 20904
*mcfarlandt@gc.adventist.org*

Respectfully submitted,

/s/ Eric S. Baxter
Eric S. Baxter (D. Md. Bar No. 15640)
Nicholas R. Reaves (D. Md. Bar No. 31293)
Andrea R. Butler (pro hac vice)
Kelsey Baer Flores (pro hac vice)
THE BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave, N.W.
  Suite 400
Washington, DC 20006
(202) 955-0095
*ebaxter@becketfund.org*

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2025, a copy of the foregoing document was served on counsel for all Defendants via this Court's CM/ECF system.

*/s/ Eric S. Baxter*
Eric S. Baxter
