FILED: July 1, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1735
(8:24-cv-02866-TDC)

_____

GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS, an unincorporated association; ADVENTIST RISK MANAGEMENT, INC.

   Plaintiffs - Appellants

v.

CLEVELAND HORTON, II, in his official capacity as Acting Executive Director of the Maryland Commission on Civil Rights; GLENDORA C. HUGHES, in her official capacity as General Counsel of the Maryland Commission on Civil Rights; STEPHANIE SUERTH, in her official capacity as a member of the Maryland Commission on Civil Rights; JANSSEN E. EVELYN, in his official capacity as a member of the Maryland Commission on Civil Rights; EILEEN M. LEVITT, in her official capacity as a member of the Maryland Commission on Civil Rights; ANGELA SCOTT, in her official capacity as a member of the Maryland Commission on Civil Rights; MAGDALENA S. NAVARRO, in her official capacity as a member of the Maryland Commission on Civil Rights; JEFF ROSEN, in his official capacity as a member of the Maryland Commission on Civil Rights; GINA MCKNIGHT-SMITH; NOAH THOMAS METHENY, n his official capacity as a member of the Maryland Commission on Civil Rights; ANTHONY G. BROWN, in his official capacity as Attorney General of the state of Maryland

   Defendants – Appellees

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:24-cv-02866-TDC |
| Date notice of appeal filed in originating court: | 06/25/2025 |
| Appellant(s) | General Conference of Seventh-Day Adventists and Adventist Risk Management, Inc. |
| Appellate Case Number | 25-1735 |
| Case Manager | Ganna M. Aboutabl<br>804-916-2702 |