IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS, *an unincorporated association, et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>CLEVELAND L. HORTON, II, *in his official capacity as Acting Executive Director of the Maryland Commission on Civil Rights, et al.*,<br><br>*Defendants.* | Case No. 8:24-cv-02866-TDC<br><br>ORDER |

Upon consideration of the parties' Joint Motion to Stay District Court Proceedings Pending Interlocutory Appeal and good cause being shown, it is hereby ORDERED that all deadlines and proceedings in this Court are stayed until the Fourth Circuit issues its mandate resolving Plaintiffs' interlocutory appeal of this Court's June 18, 2025 Order.

DATED this 2nd day of July 2025,

BY THE COURT:

United States District Court
District of Maryland