IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS, *an unincorporated association, et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>CLEVELAND L. HORTON, II, *in his official capacity as Acting Executive Director of the Maryland Commission on Civil Rights, et al.*,<br><br>    *Defendants.* | Case No. 8:24-cv-02866-TDC |

## MOTION TO WITHDRAW APPEARANCE

Pursuant Local Rule 101(2)(b) undersigned counsel hereby seek leave of this Court to withdraw Kelsey Baer Flores' appearance as counsel for Plaintiffs General Conference of Seventh-day Adventists and Adventist Risk Management, Inc. in the above-captioned case. Plaintiffs will continue to be represented by attorneys Eric S. Baxter, Nicholas R. Reaves, and Andrea R. Butler of The Becket Fund for Religious Liberty, and Todd R. McFarland of the General Conference of Seventh-day Adventists.

WHEREFORE, undersigned counsel respectfully request that this Motion to Withdraw Appearance be granted.

Motion: Granted 11/17/25

Theodore D. Chuang
United States District Judge